Co. v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218. *Mr. Charles A. Seiders* for plaintiff in error. *Mr. Clarence Brown, Mr. John F. Wilson* and *Mr. Lloyd T. Williams* for defendant in error.

---

No. 644. B. F. MEHARG *v.* ALABAMA POWER COMPANY. Error to the Supreme Court of the State of Alabama. Motion to dismiss submitted April 21, 1919. Decided April 28, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Oscar W. Underwood* and *Mr. D. H. Riddle* for plaintiff in error. *Mr. Thomas W. Martin* and *Mr. O. R. Hood* for defendant in error.

---

No. 504. FENTRESS COAL & COKE COMPANY *v.* BEECHER ELMORE. Error to the District Court of the United States for the Middle District of Tennessee. Motion to dismiss or affirm submitted April 21, 1919. Decided April 28, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Aspen Mining & Smelting Co.* v. *Billings*, 150 U. S. 31, 37; *Brown* v. *Alton Water Co.*, 222 U. S. 325; *Metropolitan Water Co.* v. *Kaw Valley District*, 223 U. S. 519; *Union Trust Co.* v. *Westhus*, 228 U. S. 519; *Shapiro* v. *United States*, 235 U. S. 412. See *Omaha Baum Iron Store Co.* v. *Moline Plow Co.*, 244 U. S. 650. *Mr. W. B. Miller* for plaintiff in error. *Mr. John F. McNutt* for defendant in error.

---

No. 382. SOUTHERN PACIFIC COMPANY *v.* J. V. TERRY. Error to the Supreme Court of the State of California; and

No. 383. Southern Pacific Company *v.* J. V. Terry. Error to the District Court of Appeal, Second Appellate District, State of California. Argued May 1, 1919. Decided May 5, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. C. F. R. Ogilby,* with whom *Mr. Henry T. Gage, Mr. William I. Gilbert* and *Mr. William F. Herrin* were on the brief, for plaintiff in error. *Mr. Frederick S. Tyler,* for defendant in error, submitted.

No. 359. Louisiana Western Railroad Company *v.* City of Crowley. Error to the Supreme Court of the State of Louisiana. Submitted April 29, 1919. Decided May 5, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.* 228 U. S. 596, 599; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Bilby* v. *Stewart,* 246 U. S. 255, 257. (2) *Stearns* v. *Minnesota,* 179 U. S. 223; *Board of Liquidation* v. *Louisiana,* 179 U. S. 622. *Mr. George Denegre, Mr. Victor Leovy, Mr. Philip S. Pugh* and *Mr. Henry H. Chaffe* for plaintiff in error. *Mr. P. J. Chappuis* and *Mr. A. P. Holt* for defendant in error.

No. 335. Dan B. Zimmerman *v.* Corson County, South Dakota, et al. Error to the Supreme Court of the State of South Dakota. Submitted April 25, 1919. Decided May 5, 1919. *Per curiam.* Dismissed for want of jurisdiction upon the authority of: (1) § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. (2) *Consolidated Turnpike Co.*